United States District Court
Southern District of Texas
**ENTERED**
October 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-596-1 |
| | § | |
| ALAN JAMES ALEJANDRO | § | |

### OPINION AND ORDER GRANTING MOTION FOR CONTINUANCE

On October 19, 2017, Defendant Alejandro moved for a continuance of the final pretrial conference and jury selection and trial under seal (D.E. 24). A sealed hearing was held on the motion on October 25, 2017. The United States was unopposed to the motion.

Under the Speedy Trial Act, a district court may grant a continuance and exclude the resulting delay from the time in which a trial must commence if it makes on-the-record findings that the ends of justice served by granting the continuance outweigh the public's and defendant's interests in a speedy trial. 18 U.S.C. § 3161(h)(7).

Having considered the material in the Defendant's sealed motion as well as the additional information supplied by Defendant's counsel during the sealed hearing, the Court finds that the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court finds that the ends of justice are served by granting a continuance in this case and outweigh the best interests of the public and Defendant in a speedy trial, and the period of the continuance is excluded from speedy trial computation.

The Court **GRANTS** the Defendant's motion and **CONTINUES** the final pretrial conference until **November 29, 2017, at 10:00 a.m.** before undersigned and schedules the jury selection and trial for **December 11, 2017, at 9:00 a.m.** before Hon. Nelva Gonzales Ramos.  The Defendant's motion shall remain sealed, but this order need not be filed under seal.

ORDERED this 25th day of October, 2017.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE